

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: <u>Sanders v. Gerlinski</u> : CIVIL NO. 1:CV-01-1162

Inmate: Ricky Sanders

ID Number: 02184-000

FILED
SCRANTON
JUL 0 2 2001
PER _____
DEPUTY CLERK

## ADMINISTRATIVE ORDER (HABEAS CORPUS CASE)

The habeas corpus petition filed by the individual identified above has been received without a filing fee or a motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. This action may not proceed unless the petitioner, within thirty (30) days of the date of this order, either:

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00; or

(2) files a properly completed application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

A form application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is enclosed.

Failure to comply with the terms of this order within thirty (30) days will cause this case to be dismissed without prejudice.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: July 2, 2001