IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RICKY SANDERS, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-01-1162
:
SUSAN GERLINSKI, Warden, : (Judge Kane)
:
    Respondent :

ORDER

Petitioner, an inmate presently confined at the Allenwood Low Security Correctional Institution, White Deer, Pennsylvania, filed the above-captioned petition for writ of habeas corpus under 28 U.S.C. § 2241 on June 26, 2001. His petition was accompanied by a motion for leave to proceed *in forma pauperis*.

After receiving information regarding petitioner's inmate account, the court, by order dated August 9, 2001, directed him to pay the full filing fee of $5.00 within twenty (20) days of the date of that order or his action would be dismissed. The relevant time has passed and petitioner has neither submitted the filing fee nor requested an extension of time in which to do so. Consequently, petitioner's motion for *in forma pauperis* status is hereby denied and his petition is dismissed.

The Clerk of Court is directed to close the case.

_____
Yvette Kane
United States District Judge

DATED: SEPTEMBER 28, 2001

Case 1:01-cv-01162-YK-DB   Document 5   Filed 09/28/2001   Page 2 of 3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 28, 2001

Re:   1:01-cv-01162   Sanders v. Gerlinski

True and correct copies of the attached were mailed by the clerk to the following:

Ricky Sanders
LSCI-ALLENWOOD
Low Security Correctional Inst.
02184-000
P.O. Box 1000
White Deer, PA  17887

```
cc:
Judge                           (✓)           Belisario
Magistrate Judge                ( )        (✓) Pro Se Law Clerk
U.S. Marshal                    ( )        ( ) INS
Probation                       ( )        ( ) Jury Clerk
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   (✓)
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____        ( )
```

MARY E. D'ANDREA, Clerk

DATE:  9/28/01                                 BY: _____
                                                   Deputy Clerk